**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01088-MSK-KMT | Date: | July 12, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

GREENWAY NUTRIENTS, INC.,         Mainak D'Attaray
                                  Zachary Levine
        Plaintiff,

v.

STEVE BLACKBURN,                  Charles Wender
STACY BLACKBURN,
DAVID SELAKOVIC,
FULFILLMENT SOLUTIONS SERVICES, LLC,
ECOWIN, LLC,
NEW EPIC MEDIA, LLC
CHRIS KOHLHAGEN,
BEA'S HIVE, LLC,
VEGALAB, LLC,
GRINGO DIABLO HYDRO,
GROWER TRUST, LLC,
SUPREME GROWERS, LLC,
HOOPS ENTERPRISE, LLC
JOSH GILL,
JAMES HALK,
DAVE THOMPSON,
DAVID Y.S. PARK, and
KOO KYUNG-BON,

        Defendants.

## COURTROOM MINUTES

**Motion Hearing**

**1:33 p.m.       Court in session.**

Court calls case.  Appearances of counsel.

Mr. Wender states his appearance is limited on behalf of potential witnesses, Thomas Ryan and Wendy Ryan.

Court's admonishment of Gus Escamilla's misconduct in harrassing witnesses by repeated emails and text messages utilizing defamatory and hostile comments.

Statement by Mr. Escamilla.

Discussion regarding Mr. Escamilla's misconduct, sanctions, costs, attorney fees, potential criminal charges should any of the witnesses go to the police and potential witnesses.

1:44 p.m.     Argument by Mr. Wender.
Mr. Wender tenders documents to the Court.

Court's further admonishment of Mr. Escamilla's misconduct.

Mr. Wender informs the Court that Thomas Ryan and Wendy Ryan are material witnesses in the case.

Thomas Ryan states he no longer wants any communication or contact with Mr. Escamilla. Wendy Ryan states she no longer wants any communication or contact with Mr. Escamilla.

Statement by Mr. Ryan.
Statement by Ms. Ryan.

2:07 p.m.     Argument by Mr. D'Attaray.

Mr. D'Attaray states Thomas Ryan and Wendy Ryan are not witnesses in the case since a Rule 26(f) conference has not been held and initial disclosures have not been made.

**ORDERED:** **Parties are directed to exchange initial disclosures with respect to a list of potential witnesses on or before July 16, 2013 by 5:00 p.m. (MST). Mr. Escamilla is ORDERED to not have any communication or contact, direct or indirect, with any of defendants' disclosed witnesses, including Thomas Ryan, Wendy Ryan, their daughter Jessica Campbell, and Jessica Campbell's employer. Court advises Mr. Escamilla that further communications, if necessary must be through his attorneys. Mr. Escamilla further advises that any more direct communications of the kind and nature made previously will result in a recommendation that this case be considered for dismissal for abuse of the court system.**

2:20 p.m.     Rebuttal argument by Mr. Wender.

**ORDERED**: **Defendants' Motion for Sanctions and Protective Order [45] is GRANTED IN PART, as stated on record. Defendants are awarded reasonable costs with respect to the preparation and presentation of the motion, including attorney's fees. Defendants are directed to file a itemization of costs and fees**

>    **and file with the court on or before July 22, 2013.  Any objections to the amounts claimed shall be filed on or before August 1, 2013.**

Plaintiff's oral motion to exclude travel costs by Mr. D'Attaray.

**ORDERED:   Plaintiff's oral motion to exclude travel costs is DENIED.  Defendant's attorney is awarded his own reasonable travel costs for appearance at this hearing, however will not be awarded attorney's fees for his travel time.**

Court advises counsel of their right to appeal and states its practice regarding scheduling conferences, which is set for August 14, 2013.

**2:33 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.