IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01088-MSK-KMT

GREENWAY NUTRIENTS, INC.,

       Plaintiff,

v.

STEVE BLACKBURN,
DAVID SELAKOVIC,
FULFILLMENT SOLUTIONS SERVICES, LLC,
SUPREME GROWERS, LLC,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the ElectronicText Order by Chief Judge Marcia S. Krieger (**Doc. #147**) filed on August 14, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #146**) to dismiss the case for failure to prosecute, it is

    ORDERED that:

    The Recommendation of Magistrate Judge Tafoya (**Doc. #146**) is **ADOPTED** in accordance with (**Doc. #147**). The case is DISMISSED in its entirety, without prejudice.

    The case will be closed.

    Dated this 17th day August, 2015.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

        s/Patricia Glover
          Deputy Clerk